UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GREGORY COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00469-JPH-DLP |
| ) | |
| SCOOBEE, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Directing Treatment of Filings and Dismissing Action**

This lawsuit was opened based on the filing of a Complaint by plaintiff Gregory Cox. But a review of the Court's docket reflects that Mr. Cox is a plaintiff in *Cox v. Dickerson, et al.*, 2:20-cv-396-JPH-DLP. The claims raised in that case are the same as those raised in this case, namely that Mr. Cox has been subjected to improper disciplinary action. In addition, Mr. Cox was directed in No. 2:20-cv-396-JPH-DLP to file a signed complaint and a motion to proceed *in forma pauperis*. Dkt. 4. It appears that the filings in this case are responsive to those directions. Accordingly, the **clerk shall re-docket** the Complaint, dkt. [1], the motion to proceed *in forma pauperis*, dkt. [2], and the motion for assistance with recruiting counsel, dkt. [3], in Case No. 2:20-cv-396-JPH-DLP. Those motions are **terminated** as filed in this case. This action is **dismissed without prejudice**. Mr. Cox should label any future filings with Case No. 2:20-cv-396-JPH-DLP. Final judgment consistent with this order shall now issue.

**SO ORDERED.**

Date: 9/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

GREGORY COX
103230
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838